ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 1 3 2006
U.S. COURT OF FEDERAL CLAIMS

CHARLES P. DANIELS, JR. and LINDA M. DANIELS,

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Civil No.: 06-851 T

COMPLAINT

PLAINTIFFS' ORIGINAL COMPLAINT

1. Plaintiffs Charles P. Daniels, Jr., and Linda M. Daniels, husband and wife, are citizens of the United States who live at 230 Springfield Ave., Rutherford, N.J. 07070.

2. The defendant is the United States of America.

3. This suit arises under Section 83, 1001(b), *inter alia*, of the Internal Revenue Code (26 *U.S.C.*) and the laws of the United States for the refund of income taxes collected from the plaintiffs.

4. Jurisdiction is conferred upon the Court by 28 *U.S.C.* 1346(a) (1) and 1491(a).

COUNT I
(Tax Year 2000)

5. Charles Daniels was an executive officer of Nextlink Communications, LLC, a telecommunications company, at the time of its founding in 1995. He was granted various purchase options with respect to membership units. The privately-held entity was converted

into a publicly held corporation known as Nextlink, Inc. in 1997 and its membership units were converted to shares of common stock.

6. Mr. Daniels was terminated in December, 1999 and, in accordance with company rules concerning the exercise of unqualified incentive stock options, exercised his remaining stock options for 235,226 shares on January 12, 2000, and became the registered owner of the shares, which the plaintiffs continue to own.

7. On January 12, 2000, the reported trading value of a share of Nextlink, Inc. stock was equal to $70.9375 dollars. During calendar year 2000 trading value of Nextlink stock experienced a precipitous devaluation and, with the eventual insolvency of Nextlink Inc. during the calendar year 2001, the stock was revalued to a zero value.

8. The initial return stated an adjusted gross income of $14,599,852.00; a tax of $5,551,756.00, and a federal income tax withholding of $3,950,169.00.

9. Federal income tax withheld for tax year 2000 was $3,950,169.00, when the actual sum that should have been withheld is $198,274.00.

10. The plaintiffs filed, upon authorized extension, a joint Federal income tax return (Form 1040) for calendar year 2000. They timely amended the return (Form 1040X) on or about April 13, 2003, paid the taxes reported due on the amended return and claimed a refund. The taxpayer identification numbers as reflected on Form 1050X are XXX-XX- 5792 (Charles P. Daniels, Jr.) and XXX-XX-8315 (Linda M. Daniels).

11. The amended return claimed a corrected adjusted gross income of $925,813.00; a tax of $107,495.00; a Federal income tax withholding of $4,148,443.00; and an overpayment of $4,040,948.00 to be refunded.

12. On March 24, 2005, the Internal Revenue Service, Department of Treasury, disallowed the amended tax return.

13. The plaintiffs timely filed an appeal, which was denied by the Internal Revenue Service by notice of disallowance issued by certified mail on

January 23, 2006, on the ground that the plaintiffs did not show they were entitled to the refund. A copy of the notice of disallowance is attached hereto as Exhibit A.

14. In September, 2000, Nextlink, Inc. renamed itself XO Communications.

15. The trading price is not the indicia of the fair market value per 26 U.S.C. 83 and 1001(b) because the precipitous decline which occurred during calendar year 2000 was directly caused by conditions which (a) occurred prior to January 12, 2000, (b) were not generally known in securities industry as of January 12, 2000 and (c) involved both fraudulent and criminal activity on the part of and the issuance of fraudulent financial reports by stock analysts who analyzed and reported upon the stock value of Nextlink, Inc. and other telecommunications companies.

16. In all dealings with the IRS the plaintiffs cooperated fully and showed adequate recordkeeping and evidence in support of their position.

17. Federal income tax withholdings for tax year 2000 were erroneously and illegally assessed and collected.

18. The plaintiffs overpaid taxes for tax year 2000; they are the sole owners of the claim on which the suit is based and have made no assignment of the claim.

19. The Complaint herein is timely. It is been filed within two years from the date of the denial of the refund and the plaintiffs did not file a Waiver of Statutory Notification of Claim Disallowance, Form 2297.

WHEREFORE, plaintiffs Charles P. and Linda M. Daniels pray for judgment against the defendant, the United States of America, in the amount of $4,040,948, plus interest, attorney's fees, and costs as allowed by law, and for such other and further relief as the court may deem appropriate and just.

Catherine M. Brown, Esq.
Attorney for Plaintiffs

Catherine M. Brown, L.L.C.
P.O. Box 9058
60 Washington St, Ground Floor
Morristown, NJ 07963
973-984-9300
973–984–6590 (facsimile)