IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-851 T

(Judge Christine O.C. Miller)

CHARLES P. DANIELS, JR. and LINDA M. DANIELS,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 10 days, from February 12, 2007, to and including February 22, 2007, of the deadline for the defendant to file its answer or other response to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant has determined that there is a basis for filing a motion to dismiss for lack of jurisdiction in this case. Defendant requests additional time to prepare such a motion.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its answer or other response to the complaint to February 22, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

February 12, 2007



2151703.1