# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: **December 6, 2006**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340 Certificate of Assessments, and Payments, consisting of 5 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Charles & Linda Daniels, 230 Springfield Ave., Rutherford, NJ 07070 for Tax Period(s) 200012 Form 1040.**

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATION MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

CHARLES P & LINDA M DANIELS              EIN/SSN:  ██████████ *


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  2000

                                      ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT       DATE (23C,
                                      (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

            RETURN PREPARER TIN:
            137407666

            ADJUSTED GROSS INCOME
                 14,599,852.00

            TAXABLE INCOME
                 14,088,342.00

10-22-2001  RETURN FILED & TAX ASSESSED               5,551,756.00   11-26-2001
            18221-302-45411-1   200146

04-15-2001  WITHHOLDING & EXCESS FICA                                3,950,169.00

04-15-2001  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-2001

04-15-2001  EXTENSION OF TIME TO FILE
            EXT. DATE   10-15-2001

            INTEREST ASSESSED                            74,100.16   11-26-2001
            20014608

12-03-2001  IMMEDIATE TAX RELIEF                                         600.00
            CREDIT

            ADDITIONAL TAX ASSESSED                           0.00   12-03-2001
            18254-999-05099-1   20014708

            INTEREST ASSESSED                             2,250.85   12-03-2001
            20014708

02-21-2002  RECEIVED POA/TIA

08-29-2002  OFFER IN COMPROMISE
            PENDING

08-29-2002  OFFER IN COMPROMISE
            PENDING

12-08-2003  OVERPAID CREDIT APPLIED                                       440.19
            1040          200212

FORM 4340  (REV. 01-2002)                PAGE    1
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

CHARLES P & LINDA M DANIELS              EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

                                         ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT         DATE (23C,
                                         (REVERSAL)        (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------

05-04-2004  OFFER IN COMPROMISE
            REJECTED

05-31-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-07-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

            ADDITIONAL TAX ASSESSED                           0.00         09-19-2005
            BY EXAMINATION
            AUDIT, CLOSED TO APPEALS
            PRIOR TO 90 DAY LETTER
            28247-642-10017-5   20053608

04-15-2005  OVERPAID CREDIT APPLIED                        3,816.00
            1040         200412

            ADDITIONAL TAX ASSESSED                           0.00         03-27-2006
            BY EXAMINATION
            AUDIT REVIEW
            ASED 20060123
            17247-466-00063-6   20061108

03-27-2006  RENUMBERED RETURN
            17247-466-00063-6

07-24-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

FORM 4340  (REV. 01-2002)                PAGE    2
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

CHARLES P & LINDA M DANIELS              EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

                                       ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
07-01-2006 LEGAL SUIT PENDING

10-23-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

11-26-2001 Statutory Notice of Balance Due

12-03-2001 Statutory Notice of Balance Due

03-18-2002 Statutory Notice of Intent to Levy

07-15-2002 Statutory Notice of Intent to Levy

07-15-2002 Statutory Notice of Intent to Levy

05-24-2004 Statutory Notice of Intent to Levy

10-11-2004 Statutory Notice of Intent to Levy

12-27-2004 Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                     PAGE    3
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
CHARLES P & LINDA M DANIELS              EIN/SSN:  
```

```

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2000

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                     (REVERSAL)      (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
09-19-2005  Statutory Notice of Balance Due

12-12-2005  Statutory Notice of Intent to Levy

03-27-2006  Statutory Notice of Balance Due

04-17-2006  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                PAGE    4
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

CHARLES P & LINDA M DANIELS                  EIN/SSN:  ████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000
----------------------------------------------------------------------------


BALANCE        1,673,081.82

----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

----------------------------------------[signature]-------------------------
SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:  PAUL L. CZARNECKI

TITLE:  ACCOUNTING CONTROL/SERVICES OPERATION MANAGER

DELEGATION ORDER:        11


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/05/2006

FORM 4340  (REV. 01-2002)                     PAGE      5
```