# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHARLES P. DANIELS, JR. and LINDA M. DANIELS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civil No.: No. 06-851 T<br>(Judge Christine O.C.Miller)<br><br>MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT |

Pursuant to RCFC 6, the plaintiffs, Charles and Linda Daniels, move this court for an extension of time of 30 days, from March 26, 2007, the deadline, to April 25, 2007, to respond to the Motion to Dismiss the Complaint filed by the Government on February 22, 2007. No prior enlargement of this deadline has been requested. Counsel for the Government, Benjamin C. King, Jr., Esq., has authorized me to inform the court that he has consents to this request.

As good cause therefore, the undersigned has been on trial in a complex civil matter, *Paradiso v. Estate of Semonian, Dkt. No. ESX-L-10072-04 (N.J. Superior Ct, Law Division, Essex County),* since February 26, 2007 that has prevented me from timely responding to the Government's Motion to Dismiss. Specifically, I have been on trial the following days: February, 26, 27, 28, March 1, 5, 6, 7 and 13. Additional scheduled dates

are March 15, 19 and 20, 2007. It is expected that more trial days will be necessary to complete this trial, but they are not yet scheduled.

I am a sole practitioner. It is submitted there is a sound basis to oppose the Government's motion and on behalf of Mr. and Mrs. Daniels, the undersigned requests additional time to allow for the *Paradiso* trial to be completed and to prepare an appropriate response to the Government's motion herein.

WHEREFORE, the plaintiffs request the court extend the deadline to file their opposition to the Government's Motion to Dismiss to April 25, 2007.

Respectfully submitted,

s/ Catherine M. Brown
Catherine M. Brown, Esq.
P.O. Box 9058
Morristown, NJ 07963
973-984-9300

March 14, 2007