# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHARLES P. DANIELS, JR. and LINDA M. DANIELS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civil No.: No. 06-851 T<br>(Judge Christine O.C.Miller)<br><br>AFFIDAVIT OF CHARLES P. DANIELS, JR. |

Charles Daniels, of full age, deposes and says the following:

1. I am a plaintiff in the above captioned matter. I make this affidavit based on my personal knowledge.

2. I do not recall ever receiving a notice of deficiency from the Internal Revenue Service and my review of my files does not reveal my receipt of such notice.

3. I am the primary source of economic support for my family. I support my family through wage earnings.

4. During all times pertinent my wife and I have not had assets sufficient to pay an additional $2 million in taxes and interest for the 2000 tax year.

5. The attached Exhibit A is a true and correct copy of a notice my wife and I received from the Internal Revenue Service in January, 2006.

6. At the time I exercised my stock options, I was also aware of the tax consequence of selling stock that was held at least a year and a day were more favorable than the tax consequence of selling the stock held for less than a year and a day.

Charles P. Daniels, Jr.

Sworn and subscribed
to before me this 23
day of April, 2007

Catherine M. Brown, Esq.
An Attorney at Law
of the State of New Jersey

DANIELS PAGE 05

**Internal Revenue Service** **Department of the Treasury**

Date: JAN 2 3 2006

**Taxpayer Identification Number:**
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
**Kind of Tax:**
Income
**Tax Period(s) Ended**
December 31, 2000
**Amount of Claim:**
$4,040,948.00
**Date Claim Received:**
April 19, 2004
**Person to Contact:**
Mr. Mahoney

**Contact Telephone Number:**
215-861-3840
**Employee Identification Number:**
23-00635

CERTIFIED MAIL

Charles & Linda Daniels
230 Springfield Ave
Rutherford NJ 07070

Dear Charles & Linda Daniels:

We are sorry, but we cannot allow your claim for an adjustment to your tax, for the reasons stated below. This letter is your legal notice that we have fully disallowed your claim.

If you wish to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Claims Court. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a *Waiver of Statutory Notification of Claim Disallowance*, Form 2297, the period for bringing suit began to run on the date you filed the waiver.

We have enclosed Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree*, and Publication 594, *The IRS Collection Process*, if additional tax is due.

(over)



Ex. A

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

John Mahoney
Revenue Agent

Enclosures:
Publication 5
☒ Publication 594

Reasons for disallowance:

You did not show that you were entitled to this refund.