# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CHARLES P. DANIELS, JR., and** *
**LINDA M. DANIELS,**
Plaintiffs, *

v. * No. 06-851T

**THE UNITED STATES,** * (Filed Apr. 26, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Argument on defendant's motion to dismiss shall be held at 2:00 p.m. on Wednesday, June 6, 2007, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiffs shall notify the court at 202/357-6620 by June 1, 2007, if she wishes to participate by telephone conference call to be placed by the court.

s/ Christine O.C. Miller `

______________________________

**Christine Odell Cook Miller**
Judge