ORIGINAL

FILED
JUL 31 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-851 T

CHARLES P. DANIELS, JR. and LINDA M. DANIELS,

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

NOTICE OF APPEAL

Notice is hereby given that Charles P. Daniels Jr. and Linda M. Daniels, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action per Memorandum Opinion and Order filed June 26, 2007 and entered on June 27, 2007.

Catherine M. Brown, Esq.
P.O. Box 9058
Morristown, NJ 07963

Dated: July 24, 2007