# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
AUG 7 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5151 - DANIELS V US**

**Date of docketing:** 08/07/2007

**Appeal from:** United States Court of Federal Claims case no. 06-CV-851

**Appellant(s):** Charles P. Daniels, Jr. and Linda M. Daniels

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Benjamin C. King
Catherine M. Brown

# 2007-5151

## In the United States Court of Federal Claims
## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 7 2007

JAN HORBALY
CLERK

**Judge Christine O.C. Miller**

**Type of Case**: 212 Tax - Income, Individual

CHARLES P. DANIELS, JR. and LINDA M. DANIELS

*Plaintiff*,

vs.

THE UNITED STATES,
*Defendant*,

RECEIVED
2007 AUG -6 AM 9:14
US COURT OF APPEALS
FEDERAL CIRCUIT

---

**Cross or Related Appeal**: No.

**CFC Number**: 06-851T.

**Appeal Filed By**: Plaintiff.

**Date of Judgment**: June 27, 2007.

**Date of Appeal**: July 31, 2007. >34

**Fee**: $455.00.

**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel**.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5151

CHARLES P. DANIELS, JR.,
and
LINDA M. DANIELS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-851, Judge Christine O.C. Miller.

Authorized Abbreviated Caption[2]

DANIELS v US, 2007-5151

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.