NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5151

FILED
JUN 4 2008
U.S. COURT OF FEDERAL CLAIMS

CHARLES P. DANIELS, JR.,
and
LINDA M. DANIELS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States Court of Federal Claims

In CASE NO(S). 06-CV-851.

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAR 10 2008
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge and MOORE, Circuit Judge):

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED* MAR 10 2008

*Jan Horbaly, Clerk*

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Valerie [signature] Date: 6/4/08

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2007-5151 Caption: Charles P., Jr. And Linda M. Daniels v. United States

The Clerk is requested to tax the following costs against: Appellee

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxxx | xxxxxx | | | | |
| Table of Designated Materials (original) | xxxxxx | xxxxxx | | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | xxxxxx | xxxxxx | | 0.08 | | |
| Brief (original) | xxxxxx | xxxxxx | | 6.00 | | |
| Brief (cover and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Brief (copying and collating) | 16 | 880 | $.06 | 0.08 | $52.80 | |
| Appendix (original-table of contents) | xxxxxx | xxxxxx | | 6.00 | | |
| Appendix (covers and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Appendix (Supplemental)(copying and collating) | xxxxxx | xxxxxx | | 0.08 | — | |
| Reply Brief (original) | xxxxxx | xxxxxx | | 6.00 | | |
| Reply Brief (covers and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | xxxxxx | xxxxxx | | 0.08 | | |
| Other (describe): | | | | | — | |
| GRAND TOTALS | | 880 | $ .06 | .08 | $52.80 | |

RECEIVED
MAR 24 2008
United States Court of Appeals
For The Federal Circuit

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 6/4/08

City/County of Washington ) District/State of Columbia ) SS

I, John A. Nolet, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: March 24, 2008 Attorney for: United States

3146647.1

MEMORANDUM

| Subject: | Date: |
|---|---|
| Cost of Duplicating the Answering Brief for the United States | March 24, 2008 |
| From: | To: |
| Joseph E. Young<br>Executive Officer | Nathan J. Hochman<br>Assistant Attorney General<br>Tax Division |

This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is 6 cents per page. Consequently, I certify that the cost of duplicating sixteen copies of the answering brief for the United States in Charles P., Jr., and Linda M. Daniels v. United States, No. 2007-5151, filed in the United States Court of Appeals for the Federal Circuit is as follows:

Answering Brief for the United States:

880 sheets duplicated at $.06 per copy = $52.80

Total: $52.80

IN THE UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| CHARLES P. DANIELS, JR. and<br>LINDA M. DANIELS, | ) | |
| Plaintiffs-Appellants, | ) | |
| v. | ) | No. 2007-5151 |
| THE UNITED STATES, | ) | |
| Defendant-Appellee. | ) | |

DECLARATION

JOHN A. NOLET, counsel for the appellee, the United States, states as follows:

1. Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to a prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action." Under

29 U.S.C. § 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

2. I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity I have knowledge of the cost of duplicating the appellee's answering brief filed and served in the United States Court of Appeals for the Federal Circuit in the above-entitled case. The total cost of duplicating said item was $52.80 as shown by the attached copy of the printer's bill, dated March 24, 2008, and the total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct. Executed this 24th day of March, 2008, at Washington D.C.

JOHN A. NOLET
*Attorney*

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing bill of costs has been made on counsel for the appellants on this 24th day of March, 2008, by mailing a copy thereof, via FedEx, properly addressed to her as follows:

Catherine M. Brown, Esq.
60 Washington Street
Morristown, NJ 07963

JOHN A. NOLET
*Attorney*